# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2023-3612
LT Case No. 2019-CA-7911
"<mark>CORRECTED</mark>"

_____

PROGRESSIVE SELECT
INSURANCE COMPANY,

    Appellant,

    v.

ANTONIA CHANT,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Marianne Lloyd Aho, Judge.

Kevin D. Franz and Drew A. Peeler, of Boyd & Jenerette, P.A.,
Boca Raton, for Appellant.

<mark>Bryan</mark> S. Gowdy, Dimitrios A. Peteves, and Nicholas P.
McNamara, of Creed & Gowdy, P.A., Jacksonville; Brett A.
Hastings, of Law Offices of Brett Hastings, P.A., Jacksonville
Beach; and Eric S. Block, of Morgan & Morgan, P.A., Jacksonville,
for Appellee.


October 14, 2025


PER CURIAM.

AFFIRMED.

MAKAR, EDWARDS, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____